# EXHIBIT D

IN THE FRANKLIN COUNTY COURT OF COMMON PLEAS, PENNSYLVANIA

| | |
|---|---|
| K.H., A MINOR, AND S.H., A MINOR, BY VIRGINIA JOHNSON, GUARDIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMLARLY SITUATED,<br><br>PLAINTIFFS,<br><br>v.<br><br>KEYSTONE RURAL HEALTH CENTER, D/B/A/ KEYSTONE HEALTH,<br><br>DEFENDANT. | Civil Action No.: |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that Defendant Keystone Rural Health Center has filed a Notice of Removal of this action to the United States District Court for the Middle District of Pennsylvania. Pursuant to 28 U.S.C. § 1332, 1446, and 1453, this action is removed to the United States District Court for the Middle District of Pennsylvania. Accordingly, this notice of filing of the Notice of Removal (a copy of which is attached hereto as Exhibit "A") is hereby given to this Honorable Court in accordance with 28 U.S.C. § 1446(d).

Dated: November 16, 2022 Respectfully submitted,

*/s/ Benjamin D. Wagner*
Benjamin D. Wagner (Pa. Bar No. 209317)
BAKER & HOSTETLER LLP
2929 Arch Street Cira Centre | 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.564.1601
bwanger@bakerlaw.com

*Attorneys for Defendant Keystone Rural Health Center*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Benjamin D. Wagner*
Benjamin D. Wagner

# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOT THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: KEYSTONE DATA BREACH LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. 1:22-cv-01643-CCC<br><br>CLASS ACTION |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Keystone Rural Health Center discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 16, 2022

Respectfully submitted,

*/s/ Benjamin D. Wagner*

Benjamin D. Wagner (Pa. Bar No. 209317)
BAKER & HOSTETLER LLP
2929 Arch Street Cira Centre | 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.564.1601
bwanger@bakerlaw.com

Casie D. Collignon (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662

Telephone: 303.861.0600
ccollignon@bakerlaw.com

Carrie Dettmer Slye (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
312 Walnut Street
Suite 3200
Cincinnati, Ohio 45202-4074
Telephone: 513.929.3400
cdettmerslye@bakerlaw.com

*Attorneys for Defendant Keystone Rural Health Center*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Benjamin D. Wagner*
Benjamin D. Wagner