IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **K.H., a minor, and S.H., a minor,** : | **CIVIL ACTION NO. 1:22-CV-1836** |
| **by VIRGINIA JOHNSON, guardian,** : | |
| **individually and on behalf of all others** : | **(Judge Conner)** |
| **similarly situated,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| **KEYSTONE RURAL HEALTH** : | |
| **CENTER, d/b/a KEYSTONE HEALTH,** : | |
| : | |
| **Defendant** : | |

# ORDER

AND NOW, this 7th day of December, 2022, upon consideration of the complaint (Doc. 1-2) in the above-captioned putative class action, which asserts claims based upon a healthcare data breach that compromised the personal and health information of defendant's patients, and further upon consideration of the court's order entered November 14, 2022, in In re Keystone Data Breach Litigation, No. 1:22-CV-1643, Doc. 16 (M.D. Pa. Nov. 14, 2022), wherein the court consolidated existing actions and any future actions related to the data breach into that docket for pretrial purposes, see In re Keystone Data Breach Litig., Doc. 16 ¶¶ 4-5, and the court finding this action is "related" as contemplated in the court's consolidation order, see id. ¶ 5, it is hereby ORDERED that:

1. The Clerk of Court shall file a copy of the court's November 14, 2022 order in the In re Keystone Data Breach Litigation case to the docket in the above-captioned action.

2. The Clerk of Court shall also file a copy of this order to the <u>In re Keystone Data Breach Litigation</u> docket.

3. Interim co-lead class counsel shall serve a copy of this order and a copy of the consolidation order upon plaintiffs' counsel and upon defendants in the above-captioned action.

4. The Clerk of Court thereafter shall CLOSE the above-captioned action without prejudice to any right to reopen the action at the conclusion of pretrial proceedings on the consolidated docket.

/S/ CHRISTOPHER C. CONNER<br>
Christopher C. Conner<br>
United States District Judge<br>
Middle District of Pennsylvania